**Manson ROGERS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27389.

Court of Criminal Appeals of Texas.

Jan. 26, 1955.

No attorney on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted for the offense of rape of a female under the age of fifteen years; the punishment, 5 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.